**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DANIEL MECCA,

    Plaintiff,

v.                                                   Case No: 8:12-cv-2561-T-30TBM

FLORIDA HEALTH SERVICES
CENTER, INC.,

    Defendant.

_____

## ORDER

THIS CAUSE comes before the Court upon the Defendant Florida Health Services Center, Inc.'s Bill of Costs (Dkt. #54). Defendant seeks costs in the amount of $4,366.97. Under Federal Rule of Civil Procedure 54(d)(1), costs "should be allowed to the prevailing party" unless "a federal statute, [the rules of Federal Civil Procedure], or a court order provides otherwise." Florida Health Services Center, Inc. prevailed in this case and is entitled to recover the costs enumerated under 28 U.S.C. § 1920. The Plaintiff, Daniel Mecca, did not file an opposition to Defendant's Bill of Costs. The Court concludes that Defendant is entitled to all of its costs.

It is therefore ORDERED AND ADJUDGED that:

1.     Defendant Florida Health Services Center, Inc.'s Bill of Costs (Dkt. #54) is **GRANTED**.

2. The Clerk is directed to enter a **BILL OF COSTS** against Plaintiff Daniel Mecca and in favor of Defendant Florida Health Services Center, Inc. in the amount of $4,366.97 for taxable costs.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of February, 2014.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2012\12-cv-2561 bill of costs.docx